AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

<u>Eastern</u>   District of <u>Pennsylvania</u>

| | |
|---|---|
| United States of America<br>v.<br><br><br><u>Khyree Pratt</u><br>*Defendant* | )<br>)   Case No.    22-cr-290<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Khyree Pratt                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18:922(g)(1) - POSSESSION OF A FIREARM BY A FELON

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date:      09/07/2022                                                 Mark Ciamaichelo
                                                                            *Issuing officer's signature*

City and state:    Philadelphia.PA                              George V, Wylesol, Clerk of Court
                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)*  9-7-22  , and the person was arrested on *(date)*  9-9-22
at *(city and state)*  PA  .

Date:  9-9-22                                                        ATF
                                                                            *Arresting officer's signature*

                                                                            *Printed name and title*