**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 22-290 |
| KHYREE PRATT | : | |

## ORDER

**AND NOW**, this <u>4th</u> day of <u>November</u>, 2024, upon consideration of Defendant Khyree Pratt's *pro se* Motion for "Status Points" Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 (ECF No. 29), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

    **IT IS SO ORDERED.**

                                                      BY THE COURT:

                                                      */s/ R. Barclay Surrick*
                                                      **R. BARCLAY SURRICK, J.**